# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1869
_____

United States of America

*Plaintiff - Appellee*

v.

John Rick Winer

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: February 6, 2023
Filed: February 9, 2023
[Unpublished]

_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

John Rick Winer scammed investors out of millions of dollars. He asks us to reverse his wire-fraud, money-laundering, and conspiracy convictions, 18 U.S.C. §§ 1343, 1349, 1512(c)(2), (k), 1956(a)(1)(B)(i), (h), but his arguments are conclusory and discuss no legal authority. *See Cox v. Mortg. Elec. Registration Sys., Inc.*, 685 F.3d 663, 674 (8th Cir. 2012) (declining to consider an argument when the

party "fail[ed] to provide a meaningful explanation . . . and citation to relevant authority"); *see also United States v. Hansen*, 791 F.3d 863, 867 (8th Cir. 2015) (explaining that an intent to defraud "can be shown by circumstantial evidence" (quotation marks omitted)). We accordingly affirm the judgment of the district court.[1]

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.